UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN KING AND EMILY VIGOUR KING | * | |
| Plaintiffs, | * | CIVIL ACTION NO. 2:22-cv-04305 |
| | * | |
| Vs. | * | JUDGE ELDON E. FALLON |
| | * | |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY | * | MAGISTRATE DANA M. DOUGLAS |
| Defendant. | * | |

*****************************************************************************

### NOTICE OF COMPLIANCE UNDER 28 U.S.C. §1447(B)

NOW INTO COURT, through undersigned counsel, comes Defendant, United Property & Casualty Insurance Company ("UPC"), who submits the following list of parties still remaining in this action as follows:

1. Brian King – Plaintiff

2. Emily Vigour King – Plaintiff

3. United Property and Casualty Insurance Company – Defendant.

Copies of all pleadings filed in state court in compliance with 28 U.S.C. §1447 were attached as Exhibit "A" to Defendant's **Notice of Removal**, which was filed with the Court on October 28, 2022, and, as such, are not attached herein.

Dated: November 4, 2022.              Respectfully Submitted:

*/s/ Michael E. Hill*
MICHAEL E. HILL (25708)
Email: mhill@kelleykronenberg.com
FREDERICK BURTON (38148)
Email: fburton@kelleykronenberg.com
**KELLEY KRONENBERG, PA**
400 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Phone: 504-208-9055
*Counsel for Defendant, United Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of November, 2022, served a copy of the foregoing was served electronically with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ Michael E. Hill*
MICHAEL E. HIL
