UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN KING AND EMILY VIGOUR KING | * | |
| Plaintiffs, | * | CIVIL ACTION NO. 2:22-cv-04305 |
| | * | |
| Vs. | * | JUDGE ELDON E. FALLON |
| | * | |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY | * | MAGISTRATE DANA M. DOUGLAS |
| Defendant. | * | |

*****************************************************************************

## CORPORATE DISCLOSURE STATEMENT

Defendant, United Property and Casualty Insurance Company, respectfully makes the following disclosure:

United Property and Casualty Insurance Company is a wholly owned subsidiary of United Insurance Holdings Corporation, a holding company.

Respectfully Submitted:

*/s/ Michael E. Hill*
MICHAEL E. HILL (25708)
Email: mhill@kelleykronenberg.com
FREDERICK BURTON (38148)
Email: fburton@kelleykronenberg.com
**KELLEY KRONENBERG, PA**
400 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Phone: 504-208-9055
*Counsel for Defendant, United Property and Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of November, 2022, served a copy of the foregoing was served electronically with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties to this proceeding.

*/s/ Michael E. Hill*
MICHAEL E. HIL