**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: HURRICANE IDA CLAIMS**

**<u>GENERAL ORDER</u>**

The cases listed below remain administratively stayed in the Court's Hurricane Ida Special Settlement Program, despite the defendant insurance companies in the cases having been placed in receivership.  The Court finds that, in the interest of justice, the stay should be lifted as to these cases so that Plaintiffs can proceed against the Louisiana Insurance Guaranty Association or take any other action they deem appropriate.  Plaintiffs' counsel (or Plaintiffs if they are unrepresented and proceeding pro se) shall communicate by sending an email to the chambers of the assigned District Judge at the email address listed below no later than **April 21, 2026**, to inform the Court whether they wish to proceed or whether the matter has been resolved.

Section A: efile-Zainey@laed.uscourts.gov

Section B: efile-Lemelle@laed.uscourts.gov

Section D: efile-Vitter@laed.uscourts.gov

Section E: efile-Morgan@laed.uscourts.gov

Section G: efile-Brown@laed.uscourts.gov

Section H: efile-Milazzo@laed.uscourts.gov

Section I: efile-Africk@laed.uscourts.gov

Section J: efile-Barbier@laed.uscourts.gov

Section L: efile-Fallon@laed.uscourts.gov

Section M: efile-Ashe@laed.uscourts.gov

Section R: efile-Vance@laed.uscourts.gov

Section T: efile-Guidry@laed.uscourts.gov

| Case Number | Section | Case Name |
|---|---|---|
| 2:22-cv-00103 | A | Norman Coffill, et al. v. United Property and Casualty Company |
| 2:22-cv-00786 | L | Catherine Leboeuf, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-01179 | R | Simiria Monique Lambert v. Southern Fidelity Insurance Company |
| 2:22-cv-01318 | E | Christine Sabio v. United Property and Casualty Insurance Company |
| 2:22-cv-01396 | E | Kelli Bruno, et al. v. Southern Fidelity Insurance Company |
| 2:22-cv-01661 | E | Allen Herbert, II, et al. v. FedNat Insurance Company |
| 2:22-cv-01752 | G | Ryan Tucker, et al. v. Southern Fidelity Insurance Company |
| 2:22-cv-01756 | H | Dean Bye v. FedNat Insurance Company |
| 2:22-cv-02735 | B | Thomas Walker, et a. v. United Property and Casualty Insurance Company |
| 2:22-cv-02902 | H | Jose Vargas v. United Property and Casualty Insurance Company |
| 2:22-cv-02963 | J | Marvin Kent, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-03012 | B | William Rownd, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-03019 | D | Thomas Strecker, et al. v. United Property and Casualty Insurance |

| 2:22-cv-03232 | D | Jonathan Elkins, et al. v. United Property and Casualty Insurance Company |
| --- | --- | --- |
| 2:22-cv-03438 | E | Michael Fogarty v. United Property and Casualty Insurance Company |
| 2:22-cv-03520 | B | Susan Phillips v. United Property and Casualty Insurance Company |
| 2:22-cv-03588 | R | Phyllis Jenkins v. United Property and Casualty Insurance Company |
| 2:22-cv-03717 | R | Anthony Ayo, et. al. al. v. United Property and Casualty Insurance Company |
| 2:22-cv-03749 | D | Kendall Boudreaux, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-03855 | D | Bethany Hingle, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-03898 | I | Carroll Farmer v. United Property and Casualty Insurance Company |
| 2:22-cv-03903 | B | Vincent Lombardo, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-04243 | G | David Loria, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-04252 | E | Tyler Burke v. United Property and Casualty Insurance Company |
| 2:22-cv-04305 | L | Brian King, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-04390 | H | Jenny Brunet, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-04442 | H | Garrett Loup, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-04582 | I | Glenn Sellars, et al. v. United Property and Casualty Insurance Company |

| 2:22-cv-04876 | G | Clifford Montecino v. United Property and Casualty Insurance Company |
| 2:22-cv-05154 | H | Justin Moore, et al. v. United Property and Casualty Insurance Company |
| 2:22-cv-05338 | L | Amanda Goss v. United Property and Casualty Insurance Company |
| 2:22-cv-05579 | A | Gina Nissenbaum, et al. v. United Property and Casualty Insurance Company |
| 2:23-cv-00043 | T | Clare Donovan v. United Property and Casualty Insurance Company |
| 2:23-cv-00050 | M | Cynthia Samuel v. United Property and Casualty Insurance Company |
| 2:23-cv-00273 | E | Jared Martin, et al. v. United Property and Casualty Insurance Company |
| 2:23-cv-00312 | J | Scott Carter v. United Property and Casualty Insurance Company |
| 2:23-cv-00394 | M | Raul Diaz, et al. v. United Property and Casualty Insurance Company |
| 2:23-cv-00397 | J | Charles Robinson, et al. v. United Property and Casualty Insurance Company |
| 2:23-cv-00621 | D | Dirk Callahan, et al. v. United Property and Casualty Insurance Company |
| 2:23-cv-00704 | E | Roger J. Blanchard Jr. v. United Property and Casualty Insurance Company |
| 2:23-cv-05725 | E | Sandra Wellington v. Ocean Harbor Casualty Insurance Company |

Any other questions should be directed to the Clerk's Office at (504) 589-7600.

New Orleans, Louisiana, April 7, 2026.

**WENDY B. VITTER**
**United States District Judge**